Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17752−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nathaniel D Williams
aka Nathaniel Dirk Williams
240 Villanova Ave
Pemberton, NJ 08068

Delicia L Cobb−Williams
aka Delicia L Williams, aka Delicia
Lynetta Williams
240 Villanova Ave
Pemberton, NJ 08068

Social Security No.:
xxx−xx−4962

xxx−xx−3524

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 8, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 21 − 8
ORDER CONCERNING REAFFIRMATION AGREEMENT (related document:8 Reaffirmation Agreement − Limited Filer filed by Creditor Toyota Motor Credit Corporation). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/8/2023. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 8, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 23-17752-MBK

Nathaniel D Williams                                                                                                        Chapter 7

Delicia L Cobb-Williams

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Toyota Motor Credit Corporation, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023                  Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

**Name**          **Email Address**

Daniel E. Straffi
     bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Thomas G. Egner
     on behalf of Joint Debtor Delicia L Cobb-Williams tegner@mcdowelllegal.com
     tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
     on behalf of Debtor Nathaniel D Williams tegner@mcdowelllegal.com
     tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 08, 2023 | Form ID: orderntc | Total Noticed: 1

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5