Order Filed on November 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Nathaniel D Williams and Delicia L Cobb-Williams

Case No.: 23-17752

Chapter: 7

Hearing Date: November 6, 2023

Judge: Michael B. Kaplan

# ORDER CONCERNING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the reaffirmation agreement between the debtor(s) and

Creditor: __Toyota Motor Credit Corporation_____

filed in this case on __9/29/23_____, it is hereby ORDERED that:

| | |
|---|---|
| ☐ | The Court APPROVES the reaffirmation agreement described above under 11 U.S.C. § 524(c)(6)(A) as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s). |
| ☐ | The Court APPROVES the reaffirmation agreement described above under 11 U.S.C. § 524(k)(8). |
| ✔ | The Court does NOT APPROVE the reaffirmation agreement under 11 U.S.C. § 524(m) as posing an undue hardship and/or as not being in the best interest of the debtor.<br><br>However, the Court finds and concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2), 521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any remedies under the subject installment loan agreement with respect to any pre-petition nonmonetary defaults thereunder. |
| ☐ | The Court does NOT APPROVE the reaffirmation for the following reason: |
| ☐ | The reaffirmation agreement described above involves a Credit Union; therefore, the Court APPROVES the reaffirmation agreement under 11 U.S.C. § 524(m)(2). |
| ☐ | The reaffirmation agreement described above involves a lease; therefore, in light of 11 U.S.C. § 365(p), the Court will neither approve nor deny the reaffirmation agreement. |

***BE ADVISED***

If the reaffirmation agreement has been approved, **the debtor may rescind (cancel) the Reaffirmation Agreement at any time before the bankruptcy court enters a discharge order or within 60 days after the Reaffirmation Agreement was filed with the Court, whichever is later,** by notifying the creditor that the Reaffirmation Agreement is rescinded. The Court recommends that if the debtor rescinds (cancels) the Reaffirmation Agreement that it be done in writing and filed with the Court (a copy should be kept by the debtor).

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-17752-MBK
Nathaniel D Williams     Chapter 7
Delicia L Cobb-Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 08, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Nathaniel D Williams, Delicia L Cobb-Williams, 240 Villanova Ave, Pemberton, NJ 08068-1764 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

**Name**     **Email Address**

Daniel E. Straffi
bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Thomas G. Egner
on behalf of Joint Debtor Delicia L Cobb-Williams tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
on behalf of Debtor Nathaniel D Williams tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 08, 2023 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5