| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nathaniel D Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4962<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Delicia L Cobb–Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3524<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   23–17752–MBK | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nathaniel D Williams
aka Nathaniel Dirk Williams

Delicia L Cobb–Williams
aka Delicia L Williams, aka Delicia Lynetta Williams

12/27/23

**By the court:**  Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Nathaniel D Williams  
Delicia L Cobb-Williams  
    Debtors

Case No. 23-17752-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathaniel D Williams, Delicia L Cobb-Williams, 240 Villanova Ave, Pemberton, NJ 08068-1764 |
| 520052480 | + | Deborah Heart and Lung Center, 6 Earlin AQvenue, Browns Mills, NJ 08015-1700 |
| 520051976 | + | Deborah heart and lung Center, 6 Earlin Avenue, Browns Mills, NJ 08015-1700 |
| 520016930 | + | First Harvest Credit Union (Previously k, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy1@pffcu.org | Dec 27 2023 20:37:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 27 2023 20:37:00 | Toyota Motor Credit Corporation, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 520016921 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2023 20:54:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520016922 | + | EDI: CITICORP | Dec 28 2023 01:33:00 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520016923 | + | EDI: CITICORP | Dec 28 2023 01:33:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520016924 | + | EDI: WFNNB.COM | Dec 28 2023 01:33:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520016925 | + | EDI: WFNNB.COM | Dec 28 2023 01:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520016933 | | EDI: CITICORP | Dec 28 2023 01:33:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520016926 | + | EDI: DISCOVER | Dec 28 2023 01:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520016927 | + | EDI: DISCOVERPL | Dec 28 2023 01:33:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520016928 | | Email/Text: bankruptcycourts@equifax.com | Dec 27 2023 20:37:00 | Equifax Information Services, PO Box 740241, |

Case 23-17752-MBK    Doc 25    Filed 12/29/23    Entered 12/30/23 00:16:01    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 318 | Total Noticed: 36 |

| | | | |
|---|---|---|---|
| | | | Atlanta, GA 30348 |
| 520016929 | ^ MEBN | Dec 27 2023 20:34:36 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520016931 | + EDI: IRS.COM | Dec 28 2023 01:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520016932 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2023 20:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520016934 | + EDI: AISMIDFIRST | Dec 28 2023 01:33:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520016935 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 27 2023 20:37:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 520016936 | + Email/Text: bankruptcy1@pffcu.org | Dec 27 2023 20:37:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 520016937 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 27 2023 20:37:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520016938 | + EDI: SYNC | Dec 28 2023 01:33:00 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016939 | + EDI: SYNC | Dec 28 2023 01:33:00 | Syncb/Generac Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016940 | + EDI: SYNC | Dec 28 2023 01:33:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016941 | + EDI: SYNC | Dec 28 2023 01:33:00 | Syncb/Suzuki Installment, Attn: Bankruptcy, Po Box 530912, Atlanta, GA 30353-0912 |
| 520016942 | + EDI: SYNC | Dec 28 2023 01:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016943 | + EDI: SYNC | Dec 28 2023 01:33:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016944 | + EDI: SYNC | Dec 28 2023 01:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016945 | + EDI: SYNC | Dec 28 2023 01:33:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016946 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2023 20:37:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 520016947 | + EDI: CITICORP | Dec 28 2023 01:33:00 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520016948 | ^ MEBN | Dec 27 2023 20:34:43 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520016949 | + EDI: USBANKARS.COM | Dec 28 2023 01:33:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-17752-MBK    Doc 25    Filed 12/29/23    Entered 12/30/23 00:16:01    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 318 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Joint Debtor Delicia L Cobb-Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Nathaniel D Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5