UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Williams, Nathaniel D.  
Williams, Delicia L. Cobb  

Case No.: 23-17752  
Chapter: 7  
Judge: MBK  

## NOTICE OF PROPOSED ABANDONMENT

Daniel E. Straffi, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on March 7, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
240 Villanova Avenue  
Pemberton, NJ 08068  
FMV - +/-$ 306,700.00

Liens on property:  
Midland Mortgage - $263,732.64  
Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $8,168.40

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 23-17752-MBK
Nathaniel D Williams                                                                     Chapter 7
Delicia L Cobb-Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Feb 07, 2024     Form ID: pdf905     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathaniel D Williams, Delicia L Cobb-Williams, 240 Villanova Ave, Pemberton, NJ 08068-1764 |
| 520052480 | + | Deborah Heart and Lung Center, 6 Earlin AQvenue, Browns Mills, NJ 08015-1700 |
| 520051976 | + | Deborah heart and lung Center, 6 Earlin Avenue, Browns Mills, NJ 08015-1700 |
| 520016930 | + | First Harvest Credit Union (Previously k, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy1@pffcu.org | Feb 07 2024 20:51:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 07 2024 20:50:00 | Toyota Motor Credit Corporation, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 520016921 | + | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 20:55:44 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520016922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 21:06:25 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520016923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 21:06:28 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520016924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520016925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 20:51:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520016933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:44 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520016926 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 20:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520016927 | + | Email/Text: dplbk@discover.com | Feb 07 2024 20:52:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520016928 | | Email/Text: bankruptcycourts@equifax.com | Feb 07 2024 20:51:00 | Equifax Information Services, PO Box 740241, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: pdf905 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30348 |
| 520016929 | | ^ MEBN | Feb 07 2024 20:43:25 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520016931 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2024 20:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520016932 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2024 20:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520016934 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 07 2024 20:55:49 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520016935 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 07 2024 20:50:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 520016936 | + | Email/Text: bankruptcy1@pffcu.org | Feb 07 2024 20:51:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 520016937 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 07 2024 20:50:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520016938 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 20:55:30 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 20:55:39 | Syncb/Generac Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 20:55:32 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 21:06:11 | Syncb/Suzuki Installment, Attn: Bankruptcy, Po Box 530912, Atlanta, GA 30353-0912 |
| 520016942 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 20:55:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016943 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 20:55:39 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016944 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 20:55:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016945 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 21:06:13 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520016946 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 07 2024 20:51:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 520016947 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 20:55:50 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520016948 | | ^ MEBN | Feb 07 2024 20:43:46 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520016949 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 07 2024 20:51:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf905 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

**Name**          **Email Address**

Daniel E. Straffi
bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi
on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Thomas G. Egner
on behalf of Joint Debtor Delicia L Cobb-Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
on behalf of Debtor Nathaniel D Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6