Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17752−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nathaniel D Williams
aka Nathaniel Dirk Williams
240 Villanova Ave
Pemberton, NJ 08068

Delicia L Cobb−Williams
aka Delicia L Williams, aka Delicia Lynetta Williams
240 Villanova Ave
Pemberton, NJ 08068

Social Security No.:
xxx−xx−4962

xxx−xx−3524

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

240 Villanova Avenue, Pemberton NJ.

Dated: March 1, 2024
JAN: gan

Jeanne Naughton
Clerk