Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−17752−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nathaniel D Williams
aka Nathaniel Dirk Williams
240 Villanova Ave
Pemberton, NJ 08068

Delicia L Cobb−Williams
aka Delicia L Williams, aka Delicia Lynetta Williams
240 Villanova Ave
Pemberton, NJ 08068

Social Security No.:
xxx−xx−4962                                     xxx−xx−3524

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 12, 2024

Michael B. Kaplan
Judge, United States Bankruptcy Court